NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER WILLIAMS,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1551

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-02064-EDK, Judge Elaine Kaplan.

---

## O R D E R

On May 7, 2026, the Court issued an order stating that Christopher Williams's motion for voluntarily dismissal of this appeal would be granted within 7 days from the date of entry of that order, absent an objection being filed. To date, no objection has been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    WILLIAMS V. US

(2)  Each side shall bear their own costs.


                                              FOR THE COURT


May 14, 2026                         Jarrett B. Perlow
    Date                               Clerk of Court


**ISSUED AS A MANDATE:** May 14, 2026